

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00138-CR

CHRISTOPHER LEE VAIL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2028170

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Pursuant to a plea-bargain agreement with the State, Christopher Lee Vail pled guilty to one count of indecency with a child by exposure and one count of indecency with a child by contact. The trial court deferred a finding of guilt on both counts and placed Vail on deferred adjudication community supervision for ten years on each count. On July 20, 2021, the State moved to adjudicate Vail guilty of both offenses. After a hearing on the matter, the trial court granted the State's motion, adjudicated Vail guilty of both counts, and sentenced him to ten years' and twenty years' imprisonment, respectively.[1] On appeal, Vail argues that there was insufficient evidence to support the trial court's finding that he violated the terms and conditions of his community supervision.

We addressed this issue in detail in our opinion of this date in Vail's appeal in our cause number 06-22-00139-CR. For the reasons stated therein, we conclude that error has not been shown in this case.

We affirm the judgment of the trial court.

Scott E. Stevens
Chief Justice

Date Submitted:     April 25, 2023
Date Decided:       June 1, 2023

Do Not Publish

---

[1]The trial court ordered Vail's sentences to run consecutively.

2